IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                 Plaintiff,     )<br>       vs.     )<br> RICHARD ALLEN KNIGHT,     )<br>                 Defendant.     ) | 8:14CR271<br><br>ORDER |

    Defendant Richard Allen Knight (Knight), appeared before the court on October 23, 2015, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 86). Knight was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin. Through his counsel, Knight waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and Knight should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.

    The government moved for detention. Knight presented no evidence nor requested a detention hearing. Since it is Knight's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds Knight has failed to carry his burden and that Knight should be detained pending a dispositional hearing before Senior Judge Strom.

    **IT IS ORDERED**:

    1.    A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:30 a.m. on November 19, 2015**. Defendant must be present in person.

    2.    Defendant Richard Allen Knight is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

    3.    Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

    4.    Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    DATED this 23rd day of October, 2015.

                        BY THE COURT:

                        s/ Thomas D. Thalken

                        United States Magistrate Judge