IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR271 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD ALLEN KNIGHT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the petition for warrant or summons for offender under supervision (Filing No. 112).  On August 25, 2016, the defendant admitted to Allegation No. 3 of the petition.  The Court found defendant to be in violation of his supervised release.  Plaintiff moved to dismiss Allegation Nos. 1, 2 and 4 of the petition.  Accordingly,

IT IS ORDERED:

1.   Defendant's supervised release is revoked and he is committed to the custody of the Bureau of Prisons for a term of 6 months with credit for time served and to a term of supervised release for a term of 5 years to follow under the same terms and conditions as previously imposed.

2.   Allegation Nos. 1, 2 and 4 of the petition are hereby dismissed.

DATED this 25th day of August, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this
_____day of  _____, 201__.


_____
Signature of Defendant


**RETURN**

It is hereby acknowledged that the defendant was delivered on the
_____ day of _____, 201__, to
_____, with a certified copy of
this judgment.

UNITED STATES WARDEN


By:_____


**NOTE: The following certificate must also be completed if the
defendant has not signed the Acknowledgment of receipt, above.**


**CERTIFICATE**

It is hereby certified that a copy of this judgment was served
upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN


By: _____